UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: TANGY, IRA A. § Case No. 12-03809
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on 11/27/12 at 10:00 a.m. in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2012        By:    Ira Bodenstein
                                      Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: TANGY, IRA A. | § Case No. 12-03809 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,103.89 |
| *and approved disbursements of* | $ 148.19 |
| *leaving a balance on hand of* [1] | $ 14,955.70 |
| **Balance on hand:** | $ 14,955.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,955.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,260.39 | 0.00 | 2,260.39 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,260.39 |
| Remaining balance: | $ 12,695.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 12,695.31 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                                                  Total to be paid for priority claims:     $     0.00
                                                  Remaining balance:     $     12,695.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,233.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 62.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 873.27 | 0.00 | 547.94 |
| 2 | Capital One Bank (USA), N.A. | 3,165.84 | 0.00 | 1,986.40 |
| 3 | FIA CARD SERVICES, N.A. as successor to Bk of America | 8,056.12 | 0.00 | 5,054.81 |
| 4 | Joseph Macaluso | 2,050.00 | 0.00 | 1,286.27 |
| 5 | PYOD, LLC its successors and assigns as assignee | 6,087.97 | 0.00 | 3,819.89 |

                       Total to be paid for timely general unsecured claims:     $     12,695.31
                       Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/Ira Bodenstein
                          Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-03809-ERW
Ira A. Tangy Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 3     Date Rcvd: Nov 05, 2012
                  Form ID: pdf006    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2012.

```
db             Ira A. Tangy,    6101 E. North Sheridan Road,    #17D,    Chicago, IL  60660
18437526      +Abn Amro Mortgage Grou,    2600 West Big Beaver Road,    Troy, MI 48084-3318
18437527      +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18437528      +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18437529     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA  23285)
18964833       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18437530      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
18437531      +Chase-pier,    Po Box 15298,    Wilmington, DE 19850-5298
18437532      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18437534      +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
18437525      +Dwight Adams & Associates,    1855 Rohlwing Rd Ste D,    Rolling Meadows, IL 60008-1474
19021423       FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18437535      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
18437538      +Gmac Hm Eq,    Po Box 4622,    Waterloo, IA 50704-4622
18437539      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18437540      +Helen Sigman,    Attorney At Law,    105 W. Madison St   #1900,    Chicago, IL 60602-4606
18437541      +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
18437542      +Joseph Macaluso,    Attorney At Law,    100 W. Monroe St. #1310,    Chicago, IL 60603-1944
18437543      +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
18437544      +Rnb-fields3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
18437545      +Rocelle Grimbau,    C/O Davis Friedman Zavett,    135 S. LaSalle St  #36,    Chicago, IL 60603-4110
18437546      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
18437524       Tangy Ira A,    6101 E North Sheridan Road,    #17D,    Chicago, IL  60660
18437547      +Visa Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18437548     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD  21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18437536      +E-mail/Text: ally@ebn.phinsolutions.com Nov 06 2012 03:28:43     G M A C,    P O Box 380901,
               Bloomington, MN 55438-0901
18437537      +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2012 02:34:02      Gecrb/syms,    P.O. Box 981439,
               El Paso, TX 79998-1439
19271600      +E-mail/Text: resurgentbknotifications@resurgent.com Nov 06 2012 02:11:00
               PYOD, LLC its successors and assigns as assignee,     of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18437533     ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal              Page 2 of 3                   Date Rcvd: Nov 05, 2012
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 07, 2012**                       **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Nov 05, 2012
                               Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2012 at the address(es) listed below:
              Dwight C Adams    on behalf of Debtor Ira Tangy dwightca@gmail.com,   stacy4sloan@yahoo.com
              Ira  Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3